

**J&R FRESH PRODUCE LLC**
8601 CHADWICK DRIVE
TAMPA, FL 33635
(813)838-2080
jpa2023@gmail.com



# INVOICE

**BILL TO**
FARMERS BEST OF
NYC INC
21 BROOKLYN
TERMINAL MARKET
BROOKLYN, NY 11236

**INVOICE #** 1072
**DATE** 05/02/2016

**TERMS** Net 30

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| CHERRY TOMATOES basket | 1,536 | 5.00 | 7,680.00 |
| GRAPE TOMATOES BULK | 960 | 6.00 | 5,760.00 |

WE SHIP F.O.B. GOOD DELIVERY STANDARDS P.A.C.A TRUST APPLY

**BALANCE DUE**    **$13,440.00**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due hereunder. All interest and any attorney's fees due to seller shall be considered sums owing in connection with this transaction under the PACA trust.

**J&R FRESH PRODUCE LLC**
8601 CHADWICK DRIVE
TAMPA, FL 33635
(813)838-2080
jpa2023@gmail.com



# INVOICE

**BILL TO**
FARMERS BEST OF
NYC INC
21 BROOKLYN
TERMINAL MARKET
BROOKLYN, NY 11236

INVOICE # 1073
DATE 05/02/2016

TERMS Net 30

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| CHERRY TOMATOES basket | 1,536 | 5.00 | 7,680.00 |
| GRAPE TOMATOES bulk | 960 | 6.00 | 5,760.00 |

**BALANCE DUE** $13,440.00

WE SHIP F.O.B. GOOD DELIVERY STANDARDS P.A.C.A TRUST APPLY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due hereunder. All interest and any attorney's fees due to seller shall be considered sums owing in connection with this transaction under the PACA trust.

**J&R FRESH PRODUCE LLC**
8601 CHADWICK DRIVE
TAMPA, FL 33635
(813)838-2080
jpa2023@gmail.com

# INVOICE

**BILL TO**
FARMERS BEST OF
NYC INC
21 BROOKLYN
TERMINAL MARKET
BROOKLYN, NY 11236

**INVOICE #** 1075
**DATE** 05/05/2016

**TERMS** Net 30

**PURCHASE ORDER #**
ARM1321

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| GRAPE TOMATOES CLAMSHELL | 2,592 | 4.00 | 10,368.00 |
| TOMATOE VR USA 5X6 | 490 | 4.00 | 1,960.00 |

WE SHIP F.O.B. GOOD DELIVERY STANDARDS P.A.C.A TRUST APPLY

**BALANCE DUE** $12,328.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due hereunder. All interest and any attorney's fees due to seller shall be considered sums owing in connection with this transaction under the PACA trust.

**J&R FRESH PRODUCE LLC**
8601 CHADWICK DRIVE
TAMPA, FL 33635
(813)838-2080
jpa2023@gmail.com



# INVOICE

**BILL TO**
FARMERS BEST OF
NYC INC
21 BROOKLYN
TERMINAL MARKET
BROOKLYN, NY 11236

**INVOICE #** 1082
**DATE** 06/03/2016

**TERMS** Net 30

**PURCHASE ORDER #**
arm1423

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| **MANGO TA** 10 COUNT GUAT | 4,320 | 1.00 | 4,320.00 |
| **TEMP RECORDER** | 1 | 23.50 | 23.50 |

WE SHIP F.O.B. GOOD DELIVERY STANDARDS P.A.C.A TRUST APPLY

**BALANCE DUE**     **$4,343.50**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due hereunder. All interest and any attorney's fees due to seller shall be considered sums owing in connection with this transaction under the PACA trust.

**J&R FRESH PRODUCE LLC**
8601 CHADWICK DRIVE
TAMPA, FL 33635
(813)838-2080
jpa2023@gmail.com



# INVOICE

**BILL TO**
FARMERS BEST OF
NYC INC
21 BROOKLYN
TERMINAL MARKET
BROOKLYN, NY 11236

**INVOICE #** 1087
**DATE** 06/10/2016

**TERMS** Net 30

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| YELLOW SQUASH USA FANCY | 876 | 0.50 | 438.00 |
| YELLOW SQUASH USA CN | 240 | 0.50 | 120.00 |
| CORN YELLOW WHITE | 252 | 8.00 | 2,016.00 |

| | BALANCE DUE | **$2,574.00** |
|---|---|---|

WE SHIP F.O.B. GOOD DELIVERY STANDARDS P.A.C.A TRUST APPLY
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized
by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these
commodities retains a trust claim over these commodities, all inventories of food or other products derived from
these commodities, and any receivables or proceeds from the sale of these commodities until full payment is
received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary
to collect any balance due hereunder. All interest and any attorney's fees due to seller shall be considered sums
owing in connection with this transaction under the PACA trust.

**J&R FRESH PRODUCE LLC**
8601 CHADWICK DRIVE
TAMPA, FL 33635
(813)838-2080
jpa2023@gmail.com



# INVOICE

**BILL TO**
FARMERS BEST OF
NYC INC
21 BROOKLYN
TERMINAL MARKET
BROOKLYN, NY 11236

**INVOICE #** 1098
**DATE** 08/09/2016

**TERMS** Net 30

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| GREEN BELL PEPPERS CANADA XL | 1,800 | 8.00 | 14,400.00 |

WE SHIP F.O.B. GOOD DELIVERY STANDARDS P.A.C.A TRUST APPLY

**BALANCE DUE**  $14,400.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due hereunder. All interest and any attorney's fees due to seller shall be considered sums owing in connection with this transaction under the PACA trust.